# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mildred Medina-Rivera,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Cold-Tech Refrigeration LLC,<br><br>　　　Defendant(s). | Case No. 2:25-cv-01586-GMN-NJK<br><br>**Order**<br><br>[Docket No. 10] |

Pending before the Court is a notice of Rule 26(f) conference. Docket No. 10. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　　　IT IS SO ORDERED.

　　　Dated: October 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1