# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Mildred Medina-Rivera,

    Plaintiff(s),

v.

Cold-Tech Refrigeration LLC,

    Defendant(s).

Case No. 2:25-cv-01586-GMN-NJK

**ORDER**

    The parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by October 24, 2025.

    IT IS SO ORDERED.

    Dated: October 20, 2025

                                                  Nancy J. Koppe
                                                United States Magistrate Judge