# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mildred Medina-Rivera,<br><br>  Plaintiff(s),<br><br>v.<br><br>Cold-Tech Refrigeration LLC,<br><br>  Defendant(s). | Case No. 2:25-cv-01586-GMN-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is a joint discovery plan seeking special scheduling. Docket No. 13. The presumptively reasonable discovery period is 180 days measured from the first defendant's answer or other appearance. *See* Local Rule 26-1(b)(1). The parties in this case seek to nearly double the presumptively reasonable discovery period, asking for 328 days. *See* Docket No. 13 at 2.[1] That extraordinary request is supported by a bald reference to "the uncertainty of ongoing treatment, the amount in controversy, and Defendant's inability to determine the necessity of medical examination of Plaintiff." *Id.* Particularly given that this is a slip-and-fall case in which the injuries identified in the complaint appear to be relatively mild by federal litigation standards, *see* Docket No. 1-1 at ¶ 14,[2] the Court declines to allow nearly double the presumptively reasonable discovery period without further elaboration from the parties.

Accordingly, the pending discovery plan is **DENIED** without prejudice. An amended discovery plan with fulsome elaboration as to the circumstances identified must be filed by October 23, 2025. In formulating and filing that amended discovery plan, counsel must ensure

---

[1] The discovery plan indicates that the parties seek nine months, but that is improperly measured from the date of the Rule 26(f) conference. *See* Docket No. 13 at 2.

[2] Although imprecisely written, the potential uncertainty as to the amount in controversy raises concern as to subject matter jurisdiction.

1

that they comply with all governing rules, including that they include a proposed deadline for initial disclosures, *see* Fed. R. Civ. P. 26(f)(3)(A), and that the document is filed as a searchable PDF, Local Rule IC 2-2(a)(1).

      IT IS SO ORDERED.

      Dated: October 22, 2025

                                                            Nancy J. Koppe
                                                             United States Magistrate Judge