# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mildred Medina-Rivera,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Cold-Tech Refrigeration LLC,<br><br>　　　Defendant(s). | Case No. 2:25-cv-01586-GMN-NJK<br><br>**Order** |

　　　Pending before the Court is an order for Plaintiff's counsel to show cause. Docket No. 23. Plaintiff's counsel now explains that the mistakes were inadvertent and that steps have been taken to avoid similar issues moving forward. Docket No. 24. Plaintiff's counsel is cautioned moving forward to comply with the governing rules. The order to show cause is otherwise discharged.

　　　IT IS SO ORDERED.

　　　Dated: November 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge